Submitted on record and briefs July 7, sentence vacated; remanded for resentencing; otherwise affirmed September 6, 2006

STATE OF OREGON,
*Respondent,*

*v.*

CHRISTINE DELOACHE,
*Appellant.*

200412647; A127305

142 P3d 74

Ingrid A. MacFarlane filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Doug M. Petrina, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted of conspiracy to commit murder, ORS 163.115; ORS 161.450, and was sentenced to 90 months' imprisonment and 20 years' post-prison supervision, less time served in prison. On appeal, defendant argues that the 20-year term exceeds the maximum allowable term of post-prison supervision. She acknowledges that she did not raise that issue before the trial court but argues that we should review the matter as plain error. The state concedes that the imposition of a 20-year term was plain error. We agree and accept that concession. Because defendant has a significant liberty interest at stake, and because the state has no valid interest in requiring defendant to serve an unlawful sentence, we exercise our discretion to correct the error.

Sentence vacated; remanded for resentencing; otherwise affirmed.